IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN MAGEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-CV-2485-D |
| | § | |
| BSN SPORTS, LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On August 12, 2026 the United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case (ECF No. 51). The undersigned district judge has reviewed the FCR *de novo*, and adopts the FCR.

Accordingly, the court grants in part and denies in part defendant BSN Sports, LLC's motion to dismiss (ECF No. 11) to the extent that it dismisses with prejudice counts 3 and 6 under Rule 12(b)(6) and otherwise denies the motion.

The court denies as moot plaintiff's motion for leave to file amended complaint (ECF No. 36), and denies plaintiff's motion for leave to file a reply to defendant's response to plaintiff's notice of supplemental authority (ECF No. 46).

The following are terminated by this order: ECF Nos. 11, 36, 46, and 51.

**SO ORDERED**.

September 15, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE